■ ELIZABETH A. HUNT (MILLER), Respondent, v RICHARD D. HUNT, Appellant. (Appeal No. 2.) [710 NYS2d 278] —Order unanimously modified on the law and as modified affirmed with costs to defendant in accordance with the same Memorandum as in *Hunt v Hunt* (273 AD2d 875 [decided herewith]). (Appeal from Order of Supreme Court, Oneida County, Tenney, J.— Matrimonial.) Present—Pine, J. P., Hayes, Wisner, Scudder and Kehoe, JJ.